1  Virginia Villegas, SBN #179062
   TALAMANTES/VILLEGAS/CARRERA, LLP
2  170 Columbus Avenue, Suite 700
   San Francisco, CA 94133
3  Tel. (415) 989-20000
   Fax (415) 989-20028
4

5  Attorneys for Plaintiffs RODRIGO ARIAS,
   TRACY ESPINOZA, HECTOR GALLEGOS,
6  and MARCELL JONES and the Putative
   Plaintiff Class

7

8

9
                     UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11
                              FRESNO DIVISION
12

13

14  RODRIGO ARIAS, TRACY ESPINOZA,         | Case No.: 1:12-cv-00987-AWI-BAM
    HECTOR GALLEGOS, and MARCELL
15  JONES, on behalf all others similarly
    situated,                              | **NOTICE OF VOLUNTARY DISMISSAL.**
16
           Plaintiffs,
17
       vs.
18
    GILTON SOLID WASTE
19  MANAGEMENT, INC, and DOES 1
    through 20, inclusive,
20
           Defendants.
21

NOTICE OF VOLUNTARY DISMISSAL

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs request dismissal of this matter, in its entirety, with prejudice.

On July 23, 2012, Defendant filed a Notice of Related Case in this Court, identifying action currently pending in the Superior Court of Stanislaus County entitled *Hector Gallegos, Rodrigo Arias, Tracy Espinosa and Marcel Jones, individually and on behalf of all others similarly situated v. Gilton Solid Waste Management, Inc., a California corporation, and Does 1 through 10, inclusive*, case number 655846 (the "State Court Action").

On August 14, 2012, Plaintiffs filed a Notice of Settlement, advising the Court that the matter had settled, pending approval of the State Court Action.

On August 15, 2012, the parties advised the court that this Complaint would be dismissed pending approval of the State Court Action.

On January 10, 2013, the settlement in the State Court Action was approved by Hon. Timothy W. Salter, Judge of the Superior Court, County of Stanislaus.

Plaintiffs now move for dismissal with prejudice of the Complaint.

Respectfully Submitted,

January 16, 2013                    TALAMANTES/VILLEGAS/CARRERA, LLP

By:   /s/Virginia Villegas
      Virginia Villegas
      Attorneys for Plaintiffs and the Plaintiff Class

It is so Ordered. Dated: 1-18-13

_____
United States District Judge

Notice of Voluntary Dismissal, Case No. 1:12-cv-00987-AWI-BAM