1  Virginia Villegas, SBN #179062
   TALAMANTES/VILLEGAS/CARRERA, LLP
2  170 Columbus Avenue, Suite 700
   San Francisco, CA 94133
3  Tel. (415) 989-20000
   Fax (415) 989-20028
4
5  Attorneys for Plaintiffs RODRIGO ARIAS,
   TRACY ESPINOZA, HECTOR GALLEGOS,
6  and MARCELL JONES and the Putative
   Plaintiff Class

**FILED**
JAN 1 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| RODRIGO ARIAS, TRACY ESPINOZA, HECTOR GALLEGOS, and MARCELL JONES, on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GILTON SOLID WASTE MANAGEMENT, INC, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 1:12-cv-00987-AWI-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL.** |

NOTICE OF VOLUNTARY DISMISSAL

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs request dismissal of this matter, in its entirety, with prejudice.

On July 23, 2012, Defendant filed a Notice of Related Case in this Court, identifying action currently pending in the Superior Court of Stanislaus County entitled *Hector Gallegos, Rodrigo Arias, Tracy Espinosa and Marcel Jones, individually and on behalf of all others similarly situated v. Gilton Solid Waste Management, Inc., a California corporation, and Does 1 through 10, inclusive*, case number 655846 (the "State Court Action").

On August 14, 2012, Plaintiffs filed a Notice of Settlement, advising the Court that the matter had settled, pending approval of the State Court Action.

On August 15, 2012, the parties advised the court that this Complaint would be dismissed pending approval of the State Court Action.

On January 10, 2013, the settlement in the State Court Action was approved by Hon. Timothy W. Salter, Judge of the Superior Court, County of Stanislaus.

Plaintiffs now move for dismissal with prejudice of the Complaint.

Respectfully Submitted,

January 16, 2013                         TALAMANTES/VILLEGAS/CARRERA, LLP

                                         By:   /s/Virginia Villegas
                                               Virginia Villegas
                                               Attorneys for Plaintiffs and the Plaintiff Class

It is so Ordered. Dated: 1-18-13

_____
United States District Judge

2

Notice of Voluntary Dismissal, Case No. 1:12-cv-00987-AWI-BAM